# Third District Court of Appeal

## State of Florida

Opinion filed March 10, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-100
Lower Tribunal Nos. 19-26176 SP, 20-66 AP

_____

**Norma W. Ewing,**
Appellant,

vs.

**Avansa Auto Sales Corp.,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Maria D. Ortiz, Judge.

Law Offices of Shaun M. Zaciewski, P.A., and Shaun M. Zaciewski, for appellant.

No appearance, for appellee.

Before LOGUE, HENDON, and BOKOR, JJ.

PER CURIAM.

Affirmed.  See <u>Applegate v. Barnett Bank of Tallahassee</u>, 377 So. 2d 1150, 1152 (Fla. 1979).